**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RIANNE CELINE THERIAULT ODOM**, | NO. LA CV 12-04141-VBF-SS |
| Petitioner, | |
| v. | RULE 58 JUDGMENT |
| W. MILLER (Warden), | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of the respondent and against the petitioner.

DATED: September 3, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE